UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**CONNIE HARRIS**
    Plaintiff

**v.**                                                                                                                                         No. 1:10CV-00131-R

**MICHAEL ASTRUE**
    Commissioner of Social Security
    Defendant

**ORDER AND JUDGMENT**

The magistrate judge has filed his report as supplemented, and no objections thereto have been filed. The magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. It is therefore ORDERED that the final decision of the Commissioner is AFFIRMED and that the plaintiff's complaint is DISMISSED.

This is a final and appealable order, and there is no just cause for delay.